UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACQUELINE BALTI,                         )
                                          )
                    PLAINTIFF             )
                                          )    No. 3:16-CV-00323
                                          )
VS.                                       )
                                          )
                                          )
CACH, LLC,                                )
SQUARE TWO FINANCIAL                      )
COMMERCIAL FUNDING CORP.,                 )
TAYLOR LAW, PLLC,                         )
ANGELICA MARTINEZ, and                    )
MELISSA MARQUEZ                           )
                                          )
                    DEFENDANTS            )

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff moves for partial summary judgment as to liability alone as to Defendant, Taylor Law, PLLC, hereinafter referred to as "Taylor". The motion addresses aspects of Taylor's activities as to which there are no genuine issues of material fact. Taylor attempted to collect a debt on behalf of Cach, LLC from Plaintiff alleging that it had acquired ownership of the account from GE Money Retail Bank, an entity that has never existed, in violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA"). As Cach, LLC did not have a valid assignment of ownership of this account, Taylor did not have a permissible purpose to make an inquiry of Plaintiff's credit report in violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, et seq. ("FCRA").

Respectfully submitted,

Jacqueline Balti, Plaintiff

By:/s/ Sara Rogers
Sara Rogers (ARBIN 03175)
PO Box 5545
West Memphis, AR 72303
(870) 732-8787

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by ECF notification to all parties by operation of the Court's electronic filing system this 3rd day of January, 2018.

<u>/s/ Sara Rogers</u>