IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACQUELINE BALTI                                                                PLAINTIFF

V.                     CASE NO. 3:16-CV-00323-JM

CACH, LLC,
SQUARE TWO FINANCIAL
COMMERCIAL FUNDING CORP.,
TAYLOR LAW, PLLC,
ANGELICA MARTINEZ, and
MELISSA MARQUEZ                                        DEFENDANTS

<u>ORDER</u>

Pending is a motion to dismiss the complaint as to separate defendants CACH LLC (CACH) and Square Two Financial Commercial Funding Corp (Square Two). The motion states that the United States Bankruptcy Court for the Southern District of New York entered an order discharging them and permanently enjoining Plaintiff and others from commencing, conducting, or continuing any suit or action against CACH or Two Square, Case No. 17-10663. Plaintiff has not responded, and the motion to dismiss these separate defendants based on the conclusion of the bankruptcy case and their discharge (Document No. 20) is GRANTED.

Regarding Plaintiff's complaint against Defendant Angleica Martinez, the time to obtain service on this defendant has passed with no proof of service. Plaintiff's claims against Defendant Angelica Martinez are dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

As to the remaining defendants, Melissa Marquez and Taylor Law, PLLC, Plaintiff is directed to file a status report within 20 days. Failure to file the status report could result in a dismissal without prejudice of all remaining claims.

IT IS SO ORDERED this 30th day of January, 2018.

_____
James M. Moody Jr.
United States District Judge