(Post. 08/03/2015)

# United States District Court
## *Eastern District of Arkansas*

BRANDON BATES, et al.

**NOTICE**

V.

NETWORK OF COMMUNITY OPTIONS INC

CASE NUMBER: 1:19-cv-00036 BRW

TYPE OF CASE: ☒ CIVIL ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas 72201 | Courtroom 1B |
| | DATE AND TIME |
| | February 5, 2020, 9:30 a.m. |

TYPE OF PROCEEDING

SETTLEMENT CONFERENCE: before U.S. Magistrate Judge Patricia S. Harris pursuant to Order 32, Pursuant to General Order 54, counsel for both parties and their clients will be allowed to bring electronic devices, including cell phones, laptop computers, or PDA type devices into the Courthouse. Please show a copy of this notice to the Court Security Officers upon entry into the building.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas 72201 | | |

Magistrate Judge Patricia S. Harris
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 22, 2020
DATE

Colleen DuBose
(BY) DEPUTY CLERK

To: