# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JACQUELINE BALTI                                                        PLAINTIFF

v.                            No. 3:16-cv-00323-JM

TAYLOR LAW PLLC;
and MELISSA MARQUEZ                                    DEFENDANTS

## ORDER

On January 22, 2020, the Court directed that some action must be taken in this case within the next thirty (30) days, or this case would be dismissed for failure to prosecute. No action has taken place. This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 17th day of March, 2020.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE